# Exhibit B

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

LOS ANGELES SUPERIOR COURT-CENTRAL

| | |
|---|---|
| GARY SALZMAN, individually and as Successor-in-Interest to Gary Allen Salzman, Jr. (deceased), | CASE NO. 21STCV14966<br>GOV. CODE §6103<br>[PUBLIC EMPLOYEE-FEE EXEMPT]<br>Hon. Judge Christopher K. Lui<br>Department 76 |
| Plaintiff, | |
| v. | |
| COUNTY OF LOS ANGELES; and DOES 1 through 50, | **DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF REQUEST FOR REMOVAL TO FEDERAL COURT** |
| Defendants. | Action Filed:  April 20, 2021 |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, County of Los Angeles has filed a Request for Removal of Civil Action in the United States District Court, Central Division, at 312 N. Spring Street, Los Angeles, California 90012.  A copy of Defendant's removal documents is attached as Exhibit "A" to this Notice.

DATED:  June 4, 2021          COLLINSON, DAEHNKE, INLOW & GRECO

By: _Laura E. Inlow_
Laura E. Inlow, Esq.
Attorneys for Defendant
COUNTY OF LOS ANGELES

-1-

DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF REQUEST FOR REMOVAL TO
FEDERAL COURT

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**PROOF OF SERVICE**
*Salzman vs. County of Los Angeles*
*21STCV14966*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 21515 Hawthorne Blvd., Suite 800 Torrance, CA 90503

On June 3, 2021, I served the following document described as **DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF REQUEST FOR REMOVAL TO FEDERAL COURT,** on all interested parties in this action by placing  [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as follows:

*Plaintiff in Pro Per*

Gary Salzman
41029 172nd Street
Lancaster CA 93535
Tel: 661-264-0906

[X]      (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]      I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]      (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 4, 2021 at Torrance, California.

/s/ Marianne Guillinta
MARIANNE GUILLINTA

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

-2-